# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

MARIE BARR,              )
                       )
      Movant,       )
                       )
v.                   )    Case No.   CV414-028
                       )                  CR410-164
UNITED STATES OF AMERICA, )
                       )
      Respondent.   )

## O R D E R

Let a copy of this Report and Recommendation be served upon the government and counsel for defendant. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than March 14, 2014. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, United States District Judge, on March 17, 2014. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this   27th   day of February, 2014.

                            /s/ G.R. SMITH
                         **UNITED STATES MAGISTRATE JUDGE**
                         **SOUTHERN DISTRICT OF GEORGIA**